AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MICHELLE S.<br>*Plaintiff*<br>v.<br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | Civil Action No. 2:22-cv-00113-RHW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation, ECF No. 18, is ADOPTED in its entirety.
Plaintiff's Motion for Summary Judgment, ECF No. 12, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 13, is DENIED.
The Commissioner's decision is REVERSED and this matter is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROBERT H. WHALEY on the Report and Reccomendation.

Date: 9/20/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham